UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CEMENT MASONS LOCAL 527, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:05CV2317 RWS |
| ) | |
| JAMES AUBUCHON, an individual, d/b/a ) | |
| ST. LOUIS CONCRETE, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiffs' Motion for Default Judgment is Granted.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that Plaintiffs shall recover from Defendant James Aubuchon doing business as St. Louis Concrete the amount of $6,767.97.

Dated this 16th day of March, 2006.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE